**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
Ross Schmierer, Esq. (*pro hac vice*)
ross@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COLLINS, BONNIE JOE, MAXX LYMAN, and AARON RAPP, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BETTER DEBT SOLUTIONS LLC, LENDVIA LLC D/B/A LENDVIA FINANCIAL D/B/A ONE STREET FINANCIAL, and RANGE VIEW MANAGEMENT LLC d/b/a LENDVIA,<br><br>Defendants. | Case No.: 8:24-cv-01263-FWS-ADS<br><br>Assigned to Hon. Fred W. Slaughter Courtroom 10D<br><br>**JOINT STATEMENT OF THE CASE** |

///
///
///
///

Defendants contend that each of the four Plaintiffs have visited a website, filled out and submitted an online form, and thereby agreed to resolve any disputes with Defendants in arbitration—a form of binding dispute resolution that does not involve the courts.

Plaintiffs disagree and contend they did not fill out and submit an online form, and did not agree to have their disputes with Defendants resolved in arbitration.

You will need to determine at this trial whether any or all of the Plaintiffs visited the website and submitted the form.

Respectfully submitted,

Dated: June 12, 2025            **KAZEROUNI LAW GROUP, APC**

By: */s/ Mona Amin*
    Abbas Kazerounian
    David J. McGlothlin
    Mona Amini
    Gustavo Ponce
    Ross Schmierer

*Attorneys for Plaintiffs*

Dated: June 12, 2025            **TROUTMAN AMIN, LLP**

By: */s/ Maxwell Levins*
    Eric J. Troutman
    Puia J. Amin
    Brittany A. Andres
    Maxwell Levins

*Attorneys for Defendants Better Debt Solutions, LLC, Lendvia LLC d/b/a Lendvia Financial d/b/a One Street Financial, and Range View Management LLC d/b/a Lendvia*

1
JOINT STATEMENT OF THE CASE

**ATTESTATION OF SIGNATURES**

I hereby attest that I have obtained the authorization of all signatories listed above on whose behalf the filing is submitted, that those signatories concur in the filing's content, and that those signatories have authorized the filing.

Dated: June 12, 2025                                     By:   /s/   Mona Amini
                                                                     Mona Amini

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be filed the foregoing document electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: June 12, 2025          By:   /s/ Mona Amini
                                                 Mona Amini