TROUTMAN AMIN, LLP
Eric J. Troutman (State Bar # 229263)
troutman@troutmanamin.com
Puja J. Amin (State Bar # 299547)
amin@troutmanamin.com
Brittany A. Andres (State Bar # 340856)
brittany@troutmanamin.com
Maxwell Levins (State Bar # 357137)
maxwell@troutmanamin.com
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
Telephone: +1 949 350 3663
Facsimile: +1 949 203 8689

Attorneys for Defendants
BETTER DEBT SOLUTIONS, LLC,
LENDVIA, LLC, and RANGE VIEW
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE JOE, MAXX LYMAN, and AARON RAPP, individually and on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>BETTER DEBT SOLUTIONS, LLC, LENDVIA LLC d/b/a LENDVIA FINANCIAL d/b/a ONE STREET FINANCIAL, and RANGE VIEW MANAGEMENT LLC d/b/a LENDVIA,<br><br>Defendants. | Case No. 8:24-cv-01263-FWS-ADS<br><br>**SECOND AMENDED JOINT FINAL EXHIBIT LIST** |

1

   Plaintiffs Bonnie Joe, Maxx Lyman, and Aaron Rapp ("Plaintiffs") and Defendants Better Debt Solutions, LLC, Lendvia LLC d/b/a Lendvia Financial d/b/a One Street Financial, and Range View Management LLC d/b/a Lendvia ("Lendvia"), by and through their respective counsel, hereby submit their Second Amended Joint Final Exhibit List as required by the Court's Civil Trial Order (ECF No. 20) and Operative Scheduling Order (ECF No. 62) and as requested by the Court at the Pretrial Conference on June 26, 2025. *See* ECF No. 94.

## SECOND AMENDED JOINT EXHIBIT LIST

Case Title: *Collins et al.* v. *Better Debt Solutions, LLC, et al.*

Case No.: 8:24-cv-01263-FWS-ADS

| No. of Exhibit | Description | Date Identified | Date Admitted | Objections | Witness |
|---|---|---|---|---|---|
| 1 | Lendvia Terms of Use dated August 1, 2023 | | | Lacks foundation, lacks authentication, hearsay, best evidence rule | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Chase Webb. |
| 2 | Bonnie Joe Lendvia.com Completed Clickwrap Agreement dated October 28, 2023 | | | Lacks foundation, lacks authentication, hearsay, best evidence rule | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Kashif Ali or Rounak Adhikary and Bonnie Joe |

3

| No. of Exhibit | Description | Date Identified | Date Admitted | Objections | Witness |
|---|---|---|---|---|---|
| | | | | | will testify to this exhibit. |
| 3 | Bonnie Joe Session Replay Video dated October 28, 2023 | | | Lacks foundation, lacks authentication, hearsay, best evidence rule | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Kashif Ali or Rounak Adhikary and Bonnie Joe will testify to this exhibit. |
| 4 | Aaron Rapp Lendvia.com Completed Clickwrap Agreement dated January 10, 2024 | | | Lacks foundation, lacks authentication, hearsay, best evidence rule | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Kashif Ali or Rounak Adhikary and Aaron Rapp |

| No. of Exhibit | Description | Date Iden-tified | Date Ad-mit-ted | Objections | Witness |
|---|---|---|---|---|---|
| | | | | | will testify to this exhibit. |
| 5 | Aaron Rapp Session Replay Video dated January 10, 2024 | | | Lacks foundation, lacks authentication, hearsay, best evidence rule | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Kashif Ali or Rounak Adhikary and Aaron Rapp will testify to this exhibit. |
| 6 | Maxx Lyman Lendvia.com Completed Clickwrap Agreement dated August 8, 2023 | | | Lacks foundation, lacks authentication, hearsay, best evidence rule | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Kashif Ali or Rounak Adhikary and Maxx Lyman |

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine CA 92618
troutman@troutmanamin.com

| No. of Exhibit | Description | Date Iden-tified | Date Ad-mitted | Objections | Witness |
|---|---|---|---|---|---|
| | | | | | will testify to this exhibit. |
| 7 | Maxx Lyman Session Replay Video dated August 8, 2023 | | | Lacks foundation, lacks authentication, hearsay, best evidence rule | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Kashif Ali or Rounak Adhikary and Maxx Lyman will testify to this exhibit. |
| 8 | Aaron Rapp Lendvia.com Completed Clickwrap Agreement dated January 8, 2024 | | | Lacks foundation, lacks authentication, hearsay, best evidence rule | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Kashif Ali or Rounak Adhikary and Aaron Rapp |

6

| No. of Exhibit | Description | Date Identified | Date Admitted | Objections | Witness |
|---|---|---|---|---|---|
| | | | | | will testify to this exhibit. |
| 9 | Aaron Rapp Session Replay Video dated January 8, 2024 | | | Lacks foundation, lacks authentication, hearsay, best evidence rule | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Kashif Ali or Rounak Adhikary and Aaron Rapp will testify to this exhibit. |
| 10 | Aaron Rapp's TransUnion credit report | | | | Kash Izadseta; Aaron Rapp |
| 11 | Compl., ECF No. 1, *Lyman v. Exact Care Pharmacy LLC*, 1:24-cv-00694-BMB (N.D. OH. filed April 17, 2024) | | | Relevance; Misleading; Undue Prejudice; Confusion of Issues; Waste of Time | Maxx Lyman |
| 12 | Compl., ECF No. 1, *Rapp v. Integrity Marketing Group LLC,* 1:23-cv-00253-HAB-SLC (N.D. IN dismissed July 22, 2024) | | | Relevance; Misleading; Undue Prejudice; Confusion of Issues; Waste of Time | Aaron Rapp |

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine CA 92618
troutman@troutmanamin.com

| No. of Exhibit | Description | Date Identified | Date Admitted | Objections | Witness |
|---|---|---|---|---|---|
| 13 | Compl., ECF No. 1, *Rapp v. Superior Performers Inc d/b/a National Agents Alliance*, 1:24-cv-00068-HAB-SLC (N.D. IN dismissed August 13, 2024) | | | Relevance; Misleading; Undue Prejudice; Confusion of Issues; Waste of Time | Aaron Rapp |
| 14 | Compl., ECF No. 1, *Lyman v. Regent University*, 2:23-cv-00480-JKW-LRL (E.D. Va. dismissed November 27, 2024) | | | Relevance; Misleading; Undue Prejudice; Confusion of Issues; Waste of Time | Maxx Lyman |
| 15 | Compl., ECF No. 1, *Lyman v. Quinstreet Inc.*, 5:23-cv-05056-PCP (N.D. Cal. dismissed January 27, 2025) | | | Relevance; Misleading; Undue Prejudice; Confusion of Issues; Waste of Time | Maxx Lyman |
| 16 | Compl., ECF No. 1, *Lyman v. Excel Impact LLC*, 1:23-cv-23767-BB (S.D. Fl. dismissed February 29, 2024) | | | Relevance; Misleading; Undue Prejudice; Confusion of Issues; Waste of Time | Maxx Lyman |
| 17 | Compl., ECF No. 1, *Lyman v. Globe Life Inc.*, 4:23-cv-00911-SDJ (E.D. TX dismissed March 28, 2024) | | | Relevance; Misleading; Undue Prejudice; Confusion of Issues; Waste of Time | Maxx Lyman |
| 18 | Compl., ECF No. 1, *Lyman v. All Tort* | | | Relevance; Misleading; | Maxx Lyman |

| No. of Exhibit | Description | Date Identified | Date Admitted | Objections | Witness |
|---|---|---|---|---|---|
| | *Solutions LLC*, 1:23-cv-24608-RKA (S.D. FL dismissed January 26, 2024) | | | Undue Prejudice; Confusion of Issues; Waste of Time | |
| 19 | Compl., ECF No. 1, *Lyman v. Titan Gas LLC,* 4:24-cv-00015 (S.D. Tex. dismissed September 18, 2024) | | | Relevance; Misleading; Undue Prejudice; Confusion of Issues; Waste of Time | Maxx Lyman |
| 20 | Compl., ECF No. 1, *Lyman v. Retail Energy Holdings LLC,* 2:24-cv-01629-SMB (D. AZ dismissed August 18, 2024). | | | Relevance; Misleading; Undue Prejudice; Confusion of Issues; Waste of Time | Maxx Lyman |
| 21 | The Lendvia.com website and webform, as it appeared to consumers on October 28, 2023 | | | Lacks foundation, lacks authentication, hearsay, best evidence rule | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Kashif Ali or Rounak Adhikary and Chase Webb |

9

| No. of Exhibit | Description | Date Identified | Date Admitted | Objections | Witness |
|---|---|---|---|---|---|
| | | | | | will testify to this exhibit. |
| 22 | The Lendvia.com website and webform, as it appeared to consumers on August 8, 2023 | | | Lacks foundation, lacks authentication, hearsay, best evidence rule | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Kashif Ali or Rounak Adhikary and Chase Webb will testify to this exhibit. |
| 23 | The Lendvia.com website and webform, as it appeared to consumers on January 10, 2024 | | | Lacks foundation, lacks authentication, hearsay, best evidence rule | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Kashif Ali or Rounak |

| No. of Exhibit | Description | Date Identified | Date Admitted | Objections | Witness |
|---|---|---|---|---|---|
|  |  |  |  |  | Adhikary and Chase Webb will testify to this exhibit. |
| 24 | The Lendbee.com website and webform, as it appeared to consumers on January 8, 2024 |  |  | Lacks foundation, lacks authentication, hearsay, best evidence rule | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Kashif Ali or Rounak Adhikary and Chase Webb will testify to this exhibit. |
| 25 | The Lendbee.com terms of use, as it appeared to consumers on January 8, 2024 |  |  | Lacks foundation, lacks authentication, hearsay, best evidence rule | Kashif Ali or Rounak Adhikary; Chase Webb. |
| 26 | IP Address Information from Cricket Wireless for Aaron Rapp |  |  |  | Maxwell Levins; Aaron Rapp |
| 27 | IP Address Information from Verizon for Bonnie Joe |  |  |  | Maxwell Levins; Bonnie Joe |

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine CA 92618
troutman@troutmanamin.com

| No. of Exhibit | Description | Date Identified | Date Admitted | Objections | Witness |
|---|---|---|---|---|---|
| 28 | IP Address Information from Verizon for Maxx Lyman | | | | Maxwell Levins; Maxx Lyman |
| 29 | IP Address Information from Surf Air Wireless for Aaron Rapp | | | | Maxwell Levins; Aaron Rapp |
| 30 | IP Address Information from Midco Internet for Maxx Lyman | | | | Maxwell Levins; Maxx Lyman |
| 31 | IP Address Information from Frontier Communications for Bonnie Joe | | | | Maxwell Levins; Bonnie Joe |
| 32 | Geolocation Information from whatismyipaddress.com for 107.77.207.73 and 50.121.95.18 | | | | Maxwell Levins |
| 33 | Geolocation Information from whatismyipaddress.com for 174.212.35.184 | | | | Maxwell Levins |
| 34 | Geolocation Information from whatismyipaddress.com for 174.235.213.187 | | | | Maxwell Levins |
| 35 | Raw Apache HTTP server data from October 28, 2023 stored by Bluehost | | | Lacks foundation, lacks authentication, hearsay | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. |

| No. of Exhibit | Description | Date Identified | Date Admitted | Objections | Witness |
|---|---|---|---|---|---|
| | | | | | However, if testimony is needed, Bonnie Joe will testify to this exhibit. |
| 36 | Raw Apache HTTP server data from August 8, 2023 stored by Bluehost | | | Lacks foundation, lacks authentication, hearsay | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Maxx Lyman will testify to this exhibit. |
| 37 | Raw Apache HTTP server data from January 8, 2024 stored by Bluehost | | | Lacks foundation, lacks authentication, hearsay | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Aaron Rapp will |

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine CA 92618
troutman@troutmanamin.com

| No. of Exhibit | Description | Date Identified | Date Admitted | Objections | Witness |
|---|---|---|---|---|---|
| | | | | | testify to this exhibit. |
| 38 | Raw Apache HTTP server data from January 10, 2024 stored by Bluehost | | | Lacks foundation, lacks authentication, hearsay | Defendants contend that no witness needs to introduce this exhibit as it has already been admitted by the Abeyance Order. However, if testimony is needed, Aaron Rapp will testify to this exhibit. |
| 39 | Subpoena issued to Cricket Wireless regarding IP Address information for Aaron Rapp | | | | Maxwell Levins |
| 40 | Subpoena issued to Verizon regarding IP Adress information for Bonnie Joe | | | | Maxwell Levins |
| 41 | Subpoena issued to Surf Air Wireless regarding IP Address information for Maxx Lyman | | | | Maxwell Levins |
| 42 | Subpoena issued to Surf Air Wireless regarding IP Address information for Aaron Rapp | | | | Maxwell Levins |

| No. of Exhibit | Description | Date Identified | Date Admitted | Objections | Witness |
|---|---|---|---|---|---|
| 43 | Subpoena issued to Midco Internet regarding IP Address information for Maxx Lyman | | | | Maxwell Levins |
| 44 | Subpoena issued to Frontier Communications regarding IP Address information for Bonnie Joe | | | | Maxwell Levins |
| 45 | Requests for Admission to Bonnie Joe regarding IP Address information | | | | Maxwell Levins |
| 46 | Requests for Production of Documents to Bonnie Joe regarding IP Address information | | | | Maxwell Levins |
| 47 | Interrogatories to Bonnie Joe regarding IP Address information | | | | Maxwell Levins |
| 48 | Requests for Admission to Aaron Rapp regarding IP Address information | | | | Maxwell Levins |
| 49 | Requests for Production of Documents to Aaron Rapp regarding IP Address information | | | | Maxwell Levins |
| 50 | Interrogatories to Aaron Rapp regarding IP Address information | | | | Maxwell Levins |
| 51 | Requests for Admission to Maxx Lyman | | | | Maxwell Levins |

| No. of Exhibit | Description | Date Identified | Date Admitted | Objections | Witness |
|---|---|---|---|---|---|
|  | regarding IP Address information |  |  |  |  |
| 52 | Requests for Production of Documents to Maxx Lyman regarding IP Address information |  |  |  | Maxwell Levins |
| 53 | Interrogatories to Maxx Lyman regarding IP Address information |  |  |  | Maxwell Levins |
| 54 | Raw Apache HTTP server data |  |  | Lacks foundation, lacks authentication, hearsay | Kash Izadseta |

Dated: June 30, 2025         TROUTMAN AMIN, LLP

By: */s/ Maxwell Levins*
Eric J. Troutman
Puja J. Amin
Brittany A. Andres
Maxwell Levins

*Attorneys for Defendants Better Debt Solutions, LLC, Lendvia LLC d/b/a Lendvia Financial d/b/a One Street Financial, and Range View Management LLC d/b/a Lendvia*

Dated: June 30, 2025         KAZEROUNI LAW GROUP, APC

By: */s/ Mona Amini*
Abbas Kazerounian
David J. McGlothlin
Mona Amini
Ross Schmierer
*Attorneys for Plaintiffs*

16

**ATTESTATION OF SIGNATURES**

I hereby attest that I have obtained the authorization of all signatories listed above on whose behalf the filing is submitted, that those signatories concur in the filing's content, and that those signatories have authorized the filing.

*/s/ Maxwell Levins*
Maxwell Levins

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, a copy of the foregoing was served by ECF to counsel of record.

*/s/ Maxwell Levins*
Maxwell Levins