**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
Ross Schmierer, Esq. (*pro hac vice*)
ross@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE JOE, MAXX LYMAN, and AARON RAPP, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BETTER DEBT SOLUTIONS LLC, LENDVIA LLC D/B/A LENDVIA FINANCIAL D/B/A ONE STREET FINANCIAL, and RANGE VIEW MANAGEMENT LLC d/b/a LENDVIA,<br><br>Defendants. | Case No.: 8:24-cv-01263-FWS-ADS<br><br><br><br>**NOTICE OF SETTLEMENT** |

///

///

///

///

JOINT WITNESS LIST

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Bonnie Joe, Maxx Lyman, and Aaron Rapp ("Plaintiffs"), and Defendants Better Debt Solutions, LLC, Lendvia LLC d/b/a Lendvia Financial d/b/a One Street Financial, and Range View Management LLC d/b/a Lendvia (collectively "Defendants"), have reached an agreement to settle Plaintiffs' claims in the above-referenced action on an individual basis. The parties are now in the process of drafting and negotiating a written settlement agreement to be reviewed and executed by the parties. In light of this development, the parties respectfully request that the Court vacate any deadlines in this matter and allow the parties 60 days to complete the settlement agreement and submit a request for dismissal pursuant or file a status report with the Court.

Dated: June 4, 2024                                          Respectfully submitted,

                                                **KAZEROUNI LAW GROUP, APC**

                                          By: *s/ Gustavo Ponce*
                                              Gustavo Ponce, Esq.
                                              *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be filed the foregoing document electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: June 30, 2025                                By: ___/s/  *Gustavo Ponce*___
                                                                        Gustavo Ponce